Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

CLARENDON AMERICA INSURANCE COMPANY, a New Jersey Corporation Plaintiff

vs

STEADFAST INSURANCE COMPANY, a Delaware Corporation
Defendant

FILED
2008 AUG -6 PM 4:03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 1429 WQH AJB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

R. Michael Jordan, Esq. S/B #108000 / David M. Plouff, Esq. S/B #157026
Munro Smigliani & Jordan, LLP, 655 West Broadway, Suite 840, San Diego, CA 92101-8482
(619) 237-5400 Phone / (619) 238-5597 Fax

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.          AUG - 6 2008
CLERK                            DATE

K. HAMMERLY
By , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)