R. Michael Jordan, Esq. (SBN 108000)
mjordan@msjlaw.com
David M. Plouff, Esq. (SBN 157026)
dplouff@msjlaw.com
MUNRO SMIGLIANI & JORDAN, LLP
655 West Broadway, Suite 840
San Diego, CA 92101
Ph. (619) 237-5400
Facsimile (619) 238-5597

Attorneys for Plaintiff CLARENDON AMERICA INSURANCE COMPANY

*FILED*

2008 AUG -6 PM 4: 05

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENDON AMERICA INSURANCE COMPANY, a New Jersey Corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY, a Delaware Corporation,<br><br>        Defendants. | CASE NO.<br>**'08 CV 1429 WQH AJB**<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST STATEMENT PURSUANT TO FEDERAL RULES**<br><br>**[FRCP RULE 7.1, LOCAL RULE 40.2]** |

PLEASE TAKE NOTICE, that pursuant to Federal Rules of Civil Procedure, Section 7.1 and Southern District of California, Local Civil Rule 40.2, that Clarendon America Insurance Company is a subsidiary of the Clarendon Insurance Group which in turn is a subsidiary of Hanover Re.

Dated: August 6, 2008

**MUNRO SMIGLIANI & JORDAN, LLP**

By: _____
R. Michael Jordan, Esq.
David M. Plouff, Esq.
Attorneys for Plaintiff Clarendon America
Insurance Company