| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| R. MICHAEL JORDAN, ESQ., Bar #108000<br>MUNRO, SMIGLIANI & JORDAN, LLP<br>655 WEST BROADWAY<br>SUITE 840<br>SAN DIEGO, CA 92101<br>Telephone No: 619-237-5400  FAX No: 619-238-5597 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court, Southern District Of California | | |
| Plaintiff: CLARENDON AMERICA INSURANCE COMPANY | | |
| Defendant: STEADFAST INSURANCE COMPANY | | |

| PROOF OF SERVICE SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 1429 WQH AJB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF PARTY WITH FINANCIAL INTEREST STATEMENT PURSUANT TO FEDERAL RULES.

3. a. Party served:  STEADFAST INSURANCE COMPANY, A DELAWARE CORPORATION
   b. Person served: DEBRA STOLPE, AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served: 1400 AMERICAN LANE, TOWER 1
   SL-14
   SCHAUMBURG, IL 60196

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Aug. 22, 2008 (2) at: 9:08AM

7. *Person Who Served Papers:*
   a. LORI GONZALEZ

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $137.50
   e. I am: Not a Registered California Process Server

   First Legal Support Services
   ATTORNEY SERVICES
   301 CIVIC CENTER DR. WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541 8182

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Aug. 28, 2008

   (see Affidavit Attached)
   (LORI GONZALEZ)

   Judicial Council Form    PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMS IN CIV. ACTION    941934.micjor.158290



**CAPITAL** Security & Investigations, Inc.
927 Lunt Ave. • Schaumburg, IL 60193 • (847) 524-0731 • Fax: (847) 524-5869

# ENDORSEMENT OF SERVICE AND AFFIDAVIT

| | | |
|---|---|---|
| Date Received: 8/21/2008 | Case Number: 08 CV 1429 WQH AJB | Type of Service: Normal / **X** RUSH |
| Plaintiff: Clarendon America Insurance Company, a New Jersey Corporation | Last Serve Date (if any): | Attorney or Firm |
| Vs. | Name: Steadfast Insurance Company — Debra Stolpe | First Legal Support Services |
| Defendant: Steadfast Insurance Company, a Delaware Corporation | Service Address: 1400 American Lane, Tower 1 SL-14, Schaumburg, IL 60196 | 1111 Sixth Avenue, Suite 204, San Diego, CA 92101 |
| | PHONE: | FAX: 619-231-1631 |
| | County of: COOK  ILLINOIS | |

___ **Personal Service:** By leaving a copy of the Summons and Complaint with the Named Defendant Personally.

___ **Substitute Service:** By leaving a copy of the Summons and Complaint at the Defendant's usual place of abode with some person of the family, of the age of thirteen (13) years or upwards, and informing that person of the contents thereof.

**x** **Corporate Service:** By leaving a copy of the Summons and Complaint with the registered agent, or agent of the defendants corporation

BY: Printed Name of Process Server: **Lori Gonzalez**    License #: 117-001004/115-001430

Writ **X**   Served on **Debra Stolpe (Paralegal)**

Sex **Female** M/F   Race **White**   Age ___   Ht. **5'5"**   Wt. **120**   Hair **Black**

This **22nd** day of **August 2008**   Time **9:08 A.M.**

Additional Remarks: ___

___ The Named Defendant Was Not Served.

Type of Building: ___
Neighbors Name: ___
Address: ___

**ATTEMPTED SERVICES**

| DATE | TIME (AM/PM) | COMMENTS |
|---|---|---|
| | | |
| | | |
| | | |

Comments:

Signed and Sworn to (or Affirmed) by

_[signature]_
Notary Public
before me, this **22nd** day of August-08
Seal

"OFFICIAL SEAL"
J. PERILLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/2/2008

Fee For Service ___

I certify that I have no interest in the above action; I am a Processes Server in good standing and served all Documents given to me in this matter.

By: _[signature]_
License # 117-001004/115-001430